Arley David MATHIS *v.* STATE of Arkansas

CR 00-551                                      17 S.W.3d 499

Supreme Court of Arkansas
Opinion delivered June 1, 2000

*Robert Scott Parks*, for appellant.

No response.

PER CURIAM. Appellant Arley David Mathis, by and through his attorney, has filed a motion for rule on clerk. His attorney, Robert Scott Parks, states in the motion that the order extending time for filing the record was entered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.